UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSEPH M. JASON, Derivatively on Behalf of ZST Digital Networks, Inc.,<br><br>Plaintiff,<br><br>v.<br><br>ZHONG BO, ZHONG LIN, YANG AI MEI, TIAN LI ZHI, KIU HUI FANG, ZHANG JIAN' SHENG, LI JIAN HUI, and SHENG YONG,<br><br>Defendants,<br><br>and<br><br>ZST DIGITAL NETWORKS, INC., a Delaware Corporation,<br><br>Nominal Defendant. | Civil Action No.: 13-CV-2280 (HB) |

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/24/14
```

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Joseph M. Jason, hereby voluntarily dismisses, without prejudice, all of its claims against all Defendants herein. No defendant in this action has answered or filed for summary judgment and a class has not been certified.

**DATED:**   January 27, 2014
            New York, New York

SO ORDERED

Harold Baer, Jr., U.S.D.J.
Date: 3/24/14

GAINEY McKENNA & EGLESTON

By: /s/ Gregory M. Egleston
Gregory M. Egleston
440 Park Avenue South, 5th Floor
New York, New York 10016
Telephone: (212) 983-1300
Facsimile: (212) 983-0383
E-mail: gegleston@gme-law.com

## CERTIFICATE OF SERVICE

I hereby certify that on this, the 27th day of January, 2014, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

*/s/ Gregory M. Egleston*
Gregory M. Egleston
